WILLIAM G. MALCOLM #129271
BRIAN S. THOMLEY #275132
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032

Counsel for LoanCare, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| DANIEL NAVARRETTE, an individual, | Case No. 2:19-cv-01071-KJM-AC |
| Plaintiff, | **FURTHER STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| LOANCARE, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff DANIEL NAVARRETTE ("Plaintiff") and Defendant LOANCARE, LLC ("LoanCare") hereby stipulate, subject to the approval of the Court:

A.   On May 28, 2019, Plaintiff initiated this action by filing a Complaint in the Superior Court for the County of Sacramento.

B.   On May 30, 2019, Plaintiff served LoanCare with copies of the Summons and Complaint.

C.   On June 12, 2019, LoanCare removed the action to this Court by filing a Notice of Removal.

D. Pursuant to Federal Rules of Civil Procedure 81(c)(2)(A) and 81(c)(2)(B), LoanCare's response to the Complaint was due June 20, 2019.

E. On July 2, 2019, pursuant to Local Rule 144(a), the parties filed a stipulation to extend the deadline for LoanCare to respond to the Complaint for twenty (28) days, from June 20, 2019 to July 18, 2019.

F. LoanCare intends to move to dismiss the Complaint for failure to state a claim upon which relief may be granted.

G. The parties are in negotiations which may result in a settlement of this matter. Plaintiff submitted an application for a loan modification or other foreclosure prevention alternative to LoanCare, and LoanCare recently issued a decision. In the meantime, the parties wish to save themselves and the Court the costs and time of litigating this matter.

**NOW THEREFORE**, the parties stipulate and agree that LoanCare's deadline to respond to the Complaint shall be extended an additional twenty-eight (28) days, from July 18, 2019 to August 15, 2019.

Dated: July 22, 2019

THE WYATT LAW CORPORATION

By: */s/ Russell A. Wyatt*
(as authorized on July 18, 2019)
RUSSELL A. WYATT
Attorney for Plaintiff Daniel Navarrette

Dated: July 22, 2019

MALCOLM ♦ CISNEROS, a Law Corporation

By: */s/ Brian S. Thomley*
BRIAN S. THOMLEY
Attorney for Defendant LoanCare, LLC

**IT IS SO ORDERED**.

Dated: July 22, 2019.

_____
UNITED STATES DISTRICT JUDGE